IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRIAN KEITH ORRELL, JR.,
AND DESTINY N. ORRELL AS
SUBSTITUTED PARTIES FOR BRIAN
ORRELL, DECEASED                                                            PLAINTIFF

vs.                            Civil No. 6:17-cv-06013

NANCY A. BERRYHILL                                                          DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 11th day of January 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE